UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE DARONTE DAVIS, AKA MAURICE DARONTE DAVIS-ROGERS, <br><br>Plaintiff, <br><br>v. <br><br>MANJALA BOBBLA, <br><br>Defendant. | No.  2:22-cv-1658 TLN DB P <br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff claims that defendant violated his Eighth Amendment right to adequate medical care.

By order dated March 1, 2023, the undersigned screened the original complaint.  (ECF No. 8.)  The complaint was dismissed with leave to amend for failure to state a claim.  Thereafter, plaintiff filed three amended complaints.  (ECF Nos. 11, 12, 13.)  Plaintiff has now filed two motions to amend the complaint.  (ECF Nos. 15, 17.)  Therein, it appears that plaintiff seeks to add defendants and allegations to the amended complaint.  (Id.)

Under Rule 15(a) of the Federal Rules of Civil Procedure, a party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served. Otherwise, a party may amend only by leave of the court or by written consent of the adverse party, and leave shall be freely given with justice so requires.  Fed. R. Civ. P. 15(a).  "Rule 15(a)

1

is very liberal and leave to amend 'shall be freely given when justice so requires.'" AmeriscourceBergen Corp. v. Dialysis West, Inc., 465 F.3d 946, 951 (9th Cir. 2006) (quoting Fed. R. Civ. P. 15(a)). However, courts "need not grant leave to amend where the amendment: (1) prejudices the opposing party; (2) is sought in bad faith; (3) produces an undue delay in the litigation; or (4) is futile." Id. (citations omitted).

Because defendants have not yet been served, plaintiff will be given leave to file an amended complaint adding additional parties. However, the court makes no determination that the proposed additional defendants are proper defendants or that the allegations will state a cognizable claims as to these defendants. Additionally, plaintiff is advised that an amended complaint must be complete in itself without reference to any prior pleading. E.D. Cal. R. 220. Thus, any amended complaint should include any claim alleged in prior complaints that plaintiff intends to pursue in this action, as well as those additional defendants identified in plaintiff's motion to amend.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motions to amend (ECF Nos. 15, 17) are granted.

2. Plaintiff is granted thirty (30) days from the date of service of this order to file an amended complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice. The amended complaint must bear the docket number assigned to this case and must be labeled "Fifth Amended Complaint."

3. Should plaintiff fail to file an amended complaint within thirty days of service of this order, the court will proceed with screening the Fourth Amended Complaint (ECF No. 14) in due course.

Dated: May 4, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Civil Rights/R/davi1658.amd