UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE DARONTE DAVIS, | No. 2:22-cv-1658 DJC DB P |
| Plaintiff, | |
| v. | ORDER |
| MANJALA BOBBLA, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed a civil rights action pursuant to 42 U.S.C. § 1983.

The federal venue statute provides that a civil action "may be brought in (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) if there is no district in which an action may otherwise be brought as provided in this action, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action." 28 U.S.C. § 1391(b).

In his original complaint, plaintiff identified the Chief Medical Officer at California State Prison, Sacramento ("CSP, Sac"), as the defendant. On screening, this court found plaintiff failed to connect that defendant to his contentions regarding his medical care. In his fifth amended

1   complaint,[1] plaintiff sought relief against multiple defendants at multiple institutions, including
2   CSP, Sac.  However, plaintiff failed to identify any of those defendants by name.  (See ECF Nos.
3   19, 20.)  Plaintiff has now filed a sixth amended complaint.  Plaintiff has narrowed his allegations
4   to one defendant, Dr. A. Sangha, at one prison, Centinela State Prison.

5       Plaintiff's claim arose in Imperial County, which is in the Southern District of California.
6   Therefore, plaintiff's claim should be addressed by the United States District Court for the
7   Southern District of California.  In the interest of justice, a federal court may transfer a complaint
8   filed in the wrong district to the correct district.  See 28 U.S.C. § 1406(a); Starnes v. McGuire,
9   512 F.2d 918, 932 (D.C. Cir. 1974).

10      Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United
11  States District Court for the Southern District of California.

12  Dated:  July 23, 2024

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

23  DLB:9
    DB prisoner inbox/civil rights/R/davi1658.21

---

[1] After this court screened plaintiff's original complaint and gave plaintiff leave to amend, plaintiff filed five amended complaints in a short period of time.  (See ECF Nos. 11, 12, 13, 14, 19.)  Because an amended complaint supersedes the prior complaint, this court screened only the fifth amended complaint.  (See ECF No. 20.)

2